David P. Stone (*Pro Hac Vice*)
Hartline, Dacus, Barger, Dreyer and Kern, L.L.P.
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
Telephone: (214) 369-2100
Facsimile: (214) 369-2118
dstone@hdbdk.com

Ryan P. Ruggerello (#216633)
Ruggerello Law Group L.L.P.
4041 MacArthur Boulevard, Suite 300
Newport Beach, California 92660
Telephone: (949) 293-7689
Ryan@RuggerelloLaw.com

Attorneys for Defendant,
Mitsubishi Motors North America, Inc.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| SOFIA KUPALYAN,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTOR SALES OF AMERICA, INC.,<br><br>Defendant. | CASE NO. SA CV 08-00229 DOC (RNBx)<br><br>JUDGE: Hon. David O. Carter<br>COURTROOM: 9D<br><br>**JUDGMENT**<br><br>Date of Filing: February 15, 2008<br>Trial Date: October 6, 2010 |

The trial of this matter started on October 6, 2010. A jury of eight was impaneled. After deliberations, the jury returned a Special Verdict in favor of Defendant and against Plaintiff, which was filed on October 12, 2010. The contents of the jury's Special Verdict are incorporated in the judgment as if they were set forth in full.

///

///

///

Final Judgment in Favor of Defendant

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant Mitsubishi Motors North America, Inc. and against Plaintiff Sofia Kupalyan. Plaintiff Sofia Kupalyan has been denied all relief and shall take nothing from Defendant. Defendant Mitsubishi Motors North America Inc. shall recover costs from Plaintiff Sofia Kupalyan.

Dated: November 22, 2010

*David O. Carter*

Hon. David O. Carter
United States District Court Judge

Ruggerello Law Group
L.L.P.
4041 MacArthur Boulevard, Suite 300
Newport Beach, California 92660
(949)293-7689

Final Judgment in Favor of Defendant